# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LEE JOSEPH VIDRINE** | **CASE NO. 6:23-CV-01500** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CAPITAL ONE BANK** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 4] is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend [Doc. No. 12] is **DENIED** because amending the complaint is futile.

THUS DONE in Chambers on this 26th day of February 2024.

_____
Terry A. Doughty
United States District Judge